IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANKENGO VERON BALUTA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:19-CV-1156-K |
| | § | |
| STAPLES FULFILLMENT CENTER | § | |
| Defendant. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

Signed January 22nd, 2021.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE